# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLEN MISKOWIEC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STONE ENERGY CORPORATION, NEAL P. GOLDMAN, JOHN "BRAD" JUNEAU, DAVID I. RAINEY, CHARLES M. SLEDGE, JAMES M. TRIMBLE, DAVID N. WEINSTEIN, SAILFISH ENERGY HOLDINGS CORPORATION, and TALOS ENERGY LLC,<br><br>Defendants. | Civil Case No.: 1:18-cv-00202-RGA |

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

**O'KELLY ERNST & JOYCE, LLC**

Dated: May 15, 2018      By:   */s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
Daniel P. Murray (#5785)
901 N. Market St., Suite 1000
Wilmington, DE 19801
Tel.: (302) 778-4000
Email: rernst@oelegal.com
         dmurray@oelegal.com

*Attorneys for Plaintiff
Allen Miskowiec*